WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Robert B. Norum, Esq., SBN 240301
4665 MacArthur Court, Suite 280
Newport Beach, CA  92660 (Lourim/Pleadings/Proposed Order – Telephonic Appearance)
Tel: (949) 477-5050; Fax: (949) 477-9200
rfinlay@wrightlegal.net; bnorum@wrightlegal.net

Attorneys for Defendant,
AMERICAN HOME MORTGAGE SERVICING, INC.; AHMSI DEFAULT SERVICES, INC., erroneously sued as AHMSI DEFAULT SERVICES; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK LOURIM, ET AL.<br><br>          Plaintiffs,<br><br>     vs.<br><br>AMERICAN HOME MORTGAGE SERVICING INC.; ET AL. ,<br><br>          Defendants. | Case No.: 2:09-CV-01101-MCE-GGH<br><br>HON. MORRISON C. ENGLAND, JR.<br><br>**ORDER RE: REQUEST TO PARTICIPATE BY TELEPHONE IN DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br><u>Hearing</u><br>Date:   December 3, 2009<br>Time:   2:00 p.m.<br>Ctrm.:   7 |

Counsel for Defendants AMERICAN HOME MORTGAGE SERVICING, INC.; AHMSI DEFAULT SERVICES, INC., erroneously sued as AHMSI DEFAULT SERVICES; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("Defendants") may participate by TELEPHONE in the upcoming hearing on Defendants' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT scheduled to be heard on December 3, 2009 at 2:00 p.m.

Dated: November 20, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE