UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PATRICK LOURIM and DONNA LOURIM

        Plaintiffs,

   v.

AMERICAN HOME MORTGAGE SERVICING INC.; AMERICAN HOME MORTGAGE ACCEPTANCE, INC.; AHMSI DEFAULT SERVICE; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; AMERICAN BROKERS CONDUIT; TIFFANY ZARI; and DOES 1-20 inclusive,

        Defendants.

No. 2:09-cv-01101-MCE-GGH

MEMORANDUM AND ORDER

----oo0oo----

    Before the Court is a Motion by Defendants Mortgage Electronic Registration Systems, Inc., American Home Mortgage Servicing, Inc., and AHMSI Default Services ("Defendants") to Dismiss the First Amended Complaint of Plaintiffs Patrick Lourim and Angel Lourim ("Plaintiffs") for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).  Plaintiffs have failed to timely file Opposition to Defendants' Motion.

1

1  Pursuant to Local Rule 78-230(c), opposition to a motion
2 must be filed not less than fourteen (14) days prior to the date
3 of the hearing.  The date of the hearing on motion was set for
4 December 3, 2009.  Fourteen (14) days prior to the hearing was
5 November 19, 2009.  No opposition was filed as required.  In
6 light of the fact that no opposition was filed by Plaintiffs,
7 Defendants' Motion to Dismiss[1] is GRANTED with leave to amend.

8  Plaintiff may file an amended complaint not later than
9 twenty (20) days after the date this Memorandum and Order is
10 filed electronically.  If no amended complaint is filed within
11 said twenty (20) day period, without further notice, Plaintiff's
12 claims will be dismissed in their entirety without leave to
13 amend.

14  IT IS SO ORDERED.

Dated: December 9, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs.  E.D. Cal. Local Rule 78-230(h).

2